| Filing Date: | 2/19/2017 |
|---|---|
| 1st Post Petition Due Date: | 3/1/2017 |
| Post Source Funds | Debtor |

| State | |
|---|---|
| IL | |

| | $0.00 | |
|---|---|---|
| | $0.00 | |
| | $0.00 | |

| Location | Arrears |
|---|---|
| POC | |
| NDC | Page 1 of 6 |

| Transaction Type | Transaction Date | Check No. | Amount Received | | Post-petition Due Date | Post Amt Due | Post Applied | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance | Contractual Due Date | Contractual Amount due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Petition | 03/01/17 | pre set up | $175.14 | | | | 0.00 | 175.14 | $0.00 | $0.00 | $0.00 | | |
| Post-Petition | 03/01/17 | | $1,549.00 | | 03/01/17 | 1548.52 | 1548.52 | 0.48 | $0.48 | $0.00 | $0.48 | 09/01/16 | 1549.00 |
| Post-Petition | 04/03/17 | | $1,549.00 | | 04/01/17 | 1548.52 | 1548.52 | 0.48 | $0.48 | $0.00 | $0.96 | 10/01/16 | 1549.00 |
| Post-Petition | 05/17/17 | | $1,549.00 | | 05/01/17 | 1548.52 | 1548.52 | 0.48 | $0.48 | $0.00 | $1.44 | 11/01/16 | 1549.00 |
| Post-Petition | 06/14/17 | | $1,549.00 | | 06/01/17 | 1548.52 | 1548.52 | 0.48 | $0.48 | $0.00 | $1.92 | 12/01/16 | 1549.00 |
| Post-Petition | 07/14/17 | | $1,549.00 | | 07/01/17 | 1548.52 | 1548.52 | 0.48 | $0.48 | $0.00 | $2.40 | 01/01/17 | 1549.00 |
| Post-Petition | 09/01/17 | | $1,548.52 | | 08/01/17 | 1548.52 | 1548.52 | 0.00 | $0.00 | $0.00 | $2.40 | 02/01/17 | 1549.00 |
| Post-Petition | 11/03/17 | | $1,270.24 | | | | 0.00 | 1270.24 | $1,270.24 | $0.00 | $1,272.64 | | |
| Post-Petition | 11/08/17 | | $1,550.00 | | 09/01/17 | 1548.52 | 1548.52 | 1.48 | $1.48 | $0.00 | $1,274.12 | 03/01/17 | 1484.98 |
| Pre-Petition | 12/05/17 | | $523.60 | | | | 0.00 | 523.60 | $0.00 | $0.00 | $1,274.12 | | |
| Post-Petition | 12/06/17 | | $775.00 | | 10/01/17 | 1548.52 | 1548.52 | -773.52 | $0.00 | $773.52 | $500.60 | 04/01/17 | 1548.52 |
| Pre-Petition | 01/02/18 | | $523.60 | | | | 0.00 | 523.60 | $0.00 | $0.00 | $500.60 | | |
| Post-Petition | 01/04/18 | | $900.00 | | | | 0.00 | 900.00 | $900.00 | $0.00 | $1,400.60 | | |
| Pre-Petition | 02/07/2018 | | $523.60 | | t Received | | 0.00 | 523.60 | $0.00 | $0.00 | $1,400.60 | | |
| Post-Petition | 02/07/2018 | | $800.00 | | 11/01/17 | 1548.52 | 1548.52 | -748.52 | $0.00 | $748.52 | $652.08 | 05/01/17 | 1548.52 |
| Pre-Petition | 02/13/18 | | $506.57 | | | | 0.00 | 506.57 | $0.00 | $0.00 | $652.08 | | |
| Pre-Petition | 03/06/18 | | $523.60 | | | | 0.00 | 523.60 | $0.00 | $0.00 | $652.08 | | |
| Post-Petition | 03/07/18 | | $950.00 | | 12/01/17 | 1548.52 | 1548.52 | -598.52 | $0.00 | $598.52 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | $0.00 | $0.00 | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | | | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | | | $53.56 | | |
| | | | | | | | 0.00 | 0.00 | | | $53.56 | | |